# Court of Appeals
# of the State of Georgia

ATLANTA,  May 10, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1391.  JAEL GATES v. THE STATE.**

In 2011, Jael Gates was convicted of armed robbery, three counts of aggravated assault, and possession of a firearm during commission of a felony and sentenced to 20 years, with 13 years to serve.  Gates filed a motion for new trial, but at the hearing on his motion, he abandoned his motion and waived his rights to appeal in exchange for a downward modification of his sentence.[1]  In 2016, Gates was resentenced to 15 years, to serve 11 in confinement and the remainder on probation.  Gates filed a motion to vacate his sentence as void.  The trial court denied the motion, and Gates appeals from that order.  We, however, lack jurisdiction.

Gates argued in his motion to vacate void sentence that the trial court lacked the authority to impose the sentence on his aggravated assault convictions because they should have merged into his armed robbery conviction.  Gates's merger claim is a challenge to his convictions, not his sentences, and thus does not state a valid void-sentence claim.  See *Williams v. State*, 287 Ga. 192, 193-194 (695 SE2d 244) (2010).  Because Gates has not raised a valid void-sentence claim, we lack jurisdiction to consider his appeal.  See *Harper*, 286 Ga. at 218 (2).  Moreover, to the extent that Gates's motion could be construed as seeking to vacate or modify his convictions, "a petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case," id. at 218 (1), and any appeal from an order

---

[1] Pretermitting the validity of Gates's waiver of his appellate rights, he is nonetheless entitled to challenge a sentence as void or illegal.  See *Hooks v. State*, 284 Ga. 531, 532 (1) (668 SE2d 718) (2008).

denying or dismissing such a motion must be dismissed, see id. at 218 (2); see also *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010).

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/10/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*